# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM WITKOWSKI,<br><br>    Plaintifff,<br> v.<br>DANA M. RYAN,<br><br>    Defendant. | Case No. C18-5066-RBL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

1. The Court denies the Report and Recommendation
2. Plaintiff, along with his objection (timely filed) to the Report and Recommendation, filed an *in forma pauperis* motion. This matter is re-referred to Judge Fricke for further proceedings.
3. The Clerk shall send a copy of this Order to plaintiff and Judge Fricke.

Dated this 17th day of April, 2018.

                  Ronald B. Leighton
                  United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
- 1