UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM WITKOWSKI,

               Plaintiff,

    v.

DANA M RYAN,

               Defendants.

Case No. C18-5066 RBL-TLF

ORDER DISMISSING
PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    plaintiff's amended complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

    (3)    plaintiff's amended complaint, therefore this action, hereby is DISMISSED with prejudice; and

    (4)    plaintiff's application to proceed *in forma pauperis* , Dkt. 6, is DENIED.

DATED this 24th day of August, 2018.

Ronald B. Leighton
United States District Judge